THIRD DEPARTMENT, JANUARY, 1995

(January 4, 1995)

■ In the Matter of RICHARD E. MCLENITHAN, an Attorney and Counselor-at-Law, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner. [623 NYS2d 160] —Per Curiam. Motion by petitioner, Committee on Professional Standards, for order suspending respondent by reason of his failure to appear at the adjourned date of a hearing pursuant to this Court's subpoena dated August 15, 1994 (22 NYCRR 806.4 [b]). Respondent, who was admitted to practice by this Court in 1967 and maintains a law office in Washington County, has failed to appear on the motion which was served upon him personally.

Petitioner's motion is granted, and respondent ordered suspended from the practice of law, effective January 25, 1995.

Cardona P. J., Crew III, White and Yesawich Jr., JJ., concur. Ordered that petitioner's motion to suspend respondent from the practice of law, pursuant to section 806.4 (b) of this Court's rules (22 NYCRR 806.4 [b]), is granted, and it is further ordered that respondent is hereby suspended from the practice of law, effective January 25, 1995, and until further order of this Court, and it is further ordered that respondent be and hereby is commanded to desist and refrain from the practice of law in any form, either as principal or as an agent, clerk or employee of another; and he hereby is forbidden to appear as attorney and counselor-at-law before any court, Judge, Justice, board, commission or other public authority or to give to another an opinion as to the law or its application, or of any advice in relation thereto; and it is further ordered that respondent shall comply with the provisions of section 806.9 of the rules of this Court regulating the conduct of disbarred, suspended or resigned attorneys.